**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-2570**

DEWEY STANLEY KEENE; DELORES KEENE, Adminis-
tratrix of the Estate of Matthew Todd Keene,
deceased,

                                        Plaintiffs - Appellants,

        versus

THE TRAVELERS INDEMNITY OF ILLINOIS,

                                        Defendant - Appellee.

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Abingdon.  James P. Jones, District Judge.
(CA-99-129-1)

Submitted:  April 14, 2000          Decided:  May 12, 2000

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carl E. McAfee, MCAFEE LAW FIRM, P.C., Norton, Virginia, for Appel-
lants.  Howard C. McElroy, BUNDY, MCELROY & HODGES, Abingdon, Vir-
ginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dewey Stanley Keene and Delores Keene ("the Keenes") appeal the district court's order granting summary judgment for The Travelers Indemnity of Illinois in the Keenes' declaratory judgment action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Keene v. Travelers Indemnity of Illinois, No. CA-99-129-1 (W.D. Va. Nov. 10, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED